1
2
3
4
5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HUNTER CHRISTIAN,<br><br>    Petitioner,<br><br>v.<br><br>STATE OF WASHINGTON,<br><br>    Respondent. | CASE NO. 3:20-CV-5112-RJB-DWC<br><br>ORDER |

This is a federal habeas action filed under 28 U.S.C. § 2254. Petitioner has submitted an Application to Proceed with this action *In Forma Pauperis* ("IFP"). Dkt. 4. Petitioner's application demonstrates he is unable to afford the $5.00 filing fee. Petitioner's Application to Proceed IFP (Dkt. 4) is therefore GRANTED. The Clerk is directed to file Petitioner's Petition for Writ of Habeas Corpus (the "Petition") without the prepayment of fees.

In his Petition, Petitioner named the State of Washington as Respondent. *See* Dkt. 1-1. The proper respondent to a habeas petition is the "person who has custody over [the petitioner]." 28 U.S.C. § 2242; see also § 2243; *Brittingham v. United States*, 982 F.2d 378 (9th Cir. 1992); *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989). According to his Petition, Petitioner is

currently confined at Coyote Ridge Corrections Center ("CRCC") in Connell, Washington. *See* Dkt. 1-1. The Superintendent of CRCC is Jeffrey A. Uttecht.

Accordingly, the Clerk of Court is directed to substitute Jeffrey A. Uttecht as the Respondent in this action. The Clerk of Court is also directed to update the case title.

Dated this 12th day of March, 2020.

David W. Christel
United States Magistrate Judge